UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOSHE CHAIM PANZER,

                Plaintiff,

-v.-

JOEL EPSTEIN,

                Defendant.

21 Civ. 6886 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    For the reasons discussed in open court during the conference of August 25, 2021, Plaintiff's motion to remand the above-captioned matter to New York State court is GRANTED. The Clerk of Court is directed to remand this case to the Supreme Court of the State of New York, County of New York.

    SO ORDERED.

Dated:    August 25, 2021
            New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge